**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  Jose Guadalupe Chavez d/b/a Austin Premier Pools & Spas v. County of Williamson, Texas

Appellate case number:  01-18-00069-CV

Trial court case number:  16-0716-T368

Trial court:  368th District Court of Williamson County

The parties filed a joint motion to reverse and remand, asking that we reverse the trial court's judgment and remand for a new trial, based on the parties' agreement.

The rules of appellate procedure do not allow parties to simply agree that a court of appeals will *reverse* a trial court judgment. A judgment may be set aside without regard to the merits and remanded for rendition of judgment in accordance with an agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Alternatively, the parties may seek an abatement to permit proceedings in the trial court to effectuate an agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C).

The joint motion is therefore DENIED without prejudice to the filing of another motion to dismiss that complies with Rule 42.1.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale

☑ Acting individually    ☐ Acting for the Court


Date:  October 11, 2018